**SHAW v. STATE.  (I Div. 465.)**

(Court of Appeals of Alabama. Nov. 21, 1922. Rehearing Denied Jan. 9, 1923.)

I. **Criminal law ⟐260(4) — Filing of brief statement by solicitor, on appeal to circuit court, not required in prosecution under prohibition law.**

Provision of Code 1907, § 6730, for filing by solicitor of a brief statement, on appeal from an inferior court to the circuit court in misdemeanor cases, does not apply to cases for violation of prohibition law.

2. **Criminal law ⟐260(4)—Appeal from inferior court as from county court.**

That appeal from inferior criminal court to circuit court is taken, and proceedings are certified in accordance with Code 1907, § 6726, as to appeal from county court, is enough to give the circuit court jurisdiction of the person.

Appeal from Circuit Court, Mobile County; Claude A. Groyson, Judge.

Ed Shaw was convicted of violating the prohibition laws, and he appeals. Affirmed.

The record shows a certified transcript of the proceedings had in the inferior criminal court of Mobile county; and also shows an appeal bond executed by defendant on appeal from the inferior court to the circuit court, not certified. There appears no complaint on brief statement made by the solicitor after the cause reached the circuit court. The judgment entry recites that "the defend-

---

ant was arraigned upon an affidavit charging him with the offense of violating the prohibition laws ·of the state of Alabama, to which he pleaded not guilty."

Edward J. Grove, of Mobile, for appellant.

Brief on original submission did not reach the Reporter.

In brief in support of application for rehearing, counsel argues that the circuit court acquired no jurisdiction of the cause, in that the appeal bond· was not certified by the clerk of the inferior court, that the record ·does not show that the papers from the inferior court were filed in the circuit court, and that the record does not ,show the filing of a brief statement of the complaint, citing Local Acts 1907, p. 82; 12 Ala. App. 218, 67 South. 710; 17 Ala. App. 9, 81 South. 345; 5 Ala. App. 167, 59 South. 325; 17 Ala. App. 396, 85 South. 837.

Harwell G. Davis, Atty. Gen., for appellee. No brief reached the Reporter.

SAMFORD, J. Affirmed.

### On Rehearing.

[1, 2] The provision of Code 1907, § 6730, does not apply to prohibition cases. Ray v. State, 17 Ala. App, 333, 84 South. 878; Corkran v. State, 17 Ala. App. 112, 82 South. 560; Walker v. State, 17 Ala. App. 3, 81 South. 179.

The appeal was taken and proceedings certified in accordance with section 6726, Code 1907, and they were sufficient to give the circuit court jurisdiction of the person. Ex parte Rodgers, 12 Ala. App. 218, 67 South. 710.

The application is overruled.